1  PATRICE L. BISHOP, SBN 182256
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, C A  90024
4  Tel:  (310) 209-2468
   Fax:  (310) 209-2087
5
   EDWIN J. MILLS (admitted *pro hac vice*)
6  MICHAEL J. KLEIN  (admitted *pro hac vice*)
   emills@ssbny.com
7  mklein@ssbny.com
   STULL, STULL & BRODY
8  6 East 45th Street
   New York, NY  10017
9  Tel:  (212) 687-7230
   Fax:  (212) 490-2022
10
   Attorneys for Plaintiffs
11 Federico Quan, Walter Gray, Don Tyrone Ballard
   and Jeanine L. Shamaly, on Behalf of Themselves
12 and All Others Similarly Situated

13 *(Additional Counsel Listed on Following Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re COMPUTER SCIENCES CORP. ERISA LITIGATION,<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. CV 08-02398 SJO (JWJx)<br><br>**JOINT AGREED MOTION FOR VOLUNTARY DISMISSAL AND TO CANCEL HEARING**<br><br>Date: February 22, 2011<br>Time: 8:30 a.m.<br>Place.: Courtroom 880<br>Judge: The Hon. S. James Otero |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

JOINT AGREED MOTION FOR
VOLUNTARY DISMISSAL AND TO
CANCEL HEARING

| | |
|---|---|
| 1 | NICOLE A. DILLER, SBN 154842 |
| | ndiller@morganlewis.com |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: (415) 442-1000 |
| 4 | Fax: (415) 442-1001 |
| 5 | CHARLES C. JACKSON (admitted *pro hac vice*) |
| | charles.jackson@morganlewis.com |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| | 77 West Wacker Drive |
| 7 | Chicago, IL 60601 |
| | Tel: (312) 324-1000 |
| 8 | Fax: (312) 324-1001 |
| 9 | DEAN J. KITCHENS, SBN 82096 |
| | dkitchens@gibsondunn.com |
| 10 | BRENDA KLEIDOSTY, SBN 234987 |
| | bkleidosty@gibsondunn.com |
| 11 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 12 | Los Angeles, California 90071-3197 |
| | Tel: (213) 229.7000 |
| 13 | Fax: (213) 229-7520 |
| 14 | Attorneys for Defendants |
| | Computer Sciences Corporation, CSC |
| 15 | retirement Plans Committee, Leon J. Level, |
| | Frederick E. Vollrath, Donald G. DeBuck, |
| 16 | Michael E. Keane, Nathan Siekierka Irving |
| | W. Bailey, II, F. Warren McFarlan, and |
| 17 | Thomas H. Patrick |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT AGREED MOTION FOR
VOLUNTARY DISMISSAL AND TO
CANCEL HEARING

Plaintiffs and defendants, through their respective counsel, move that this case be voluntarily dismissed and that the hearing set for February 22, 2011 be canceled.

## DISCUSSION

The parties jointly agree that this case should be dismissed, with plaintiffs and defendants each bearing their own costs and attorneys' fees. Plaintiffs have determined that it is not in their interest to file a petition for writ of certiorari in the United States Supreme Court from the Ninth Circuit's decision in this case dated September 30, 2010 (*see Quan v. Computer Sciences Corp.*, 623 F.3d 870 (9th Cir. 2010)), and its order of December 2, 2010 (denying plaintiffs' petition for rehearing *en banc*). As part of the above-described agreement, defendants have agreed not to pursue their bill of costs in this Court, which the Court has not yet awarded, and ask that the Court cancel the hearing set for February 22, 2011 and dismiss the case *in toto*.

Dated:   January 24, 2011                     Respectfully submitted,


By: /s/ Edwin J. Mills                        By: /s/ Charles C. Jackson
   STULL, STULL & BRODY                           MORGAN, LEWIS & BOCKIUS, LLP
   EDWIN J. MILLS                                 CHARLES C. JACKSON
   Attorneys for Plaintiffs                       NICOLE A. DILLER
                                                  Attorneys for Defendants

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT AGREED MOTION FOR
VOLUNTARY DISMISSAL AND TO
CANCEL HEARING